IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEONARD HEARNS,<br><br>      Plaintiff,<br><br> v.<br><br>C. KEO, et al.,<br><br>      Defendants. | No. C 12-6407 LHK (PR)<br><br>ORDER GRANTING MOTION<br>TO CHANGE TIME TO FILE<br>A DISPOSITIVE MOTION<br><br><br>(Docket No. 19) |

    Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The Court issued an order of service on April 4, 2013. (Docket No. 8.) Defendants have filed a motion to change time to file a dispositive motion.

    Defendants' motion is **GRANTED**. Defendants shall file and serve a dispositive motion **no later than August 2, 2013.** Plaintiff shall file an opposition **within twenty-eight (28) days** after Defendants' motion is filed. Defendants shall file a reply **within fourteen (14) days thereafter**.

    This order terminates docket number 19.

    IT IS SO ORDERED.

DATED: 6/25/13

                                            LUCY H. KOH<br>                                            United States District Judge