IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE LEONARD HEARNS, | ) | No. C 12-6407 LHK (PR) |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| v. | ) | |
| C. KEO, et al., | ) | |
| Defendants. | ) | (Docket No. 27) |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 1, 2013, defendants filed a motion to dismiss. (Docket No. 23.) Plaintiff has filed a motion for extension of time to file an opposition to defendants' motion to dismiss. (Docket No. 27.)

Plaintiff's motion is **GRANTED**. Plaintiff's opposition filed on September 20, 2013 is deemed timely.

This order terminates docket number 27.

IT IS SO ORDERED.

DATED: 10/21/13

LUCY H. KOH
United States District Judge

Order Granting Motion to for Ext. of Time to file Opposition
G:\PRO-SE\LHK\CR.12\Hearns407eot-opp.wpd