IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEONARD HEARNS, | No. C 12-6407 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| C. KEO, et al., | |
| Defendants. | |

    This civil rights action has been dismissed without prejudice for failure to exhaust. A judgment of dismissal without prejudice is entered in favor of defendants. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 2/5/14

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.06\Cobb372disrem